If it pleases the court, counsel, Curtis Olafor, the appellant. We reviewed the appellant's brief in this matter and once again found it to be rather exhaustive and really don't have anything to add to it. And if the court has no questions of us, we will reserve a motion to adjourn the hearing, so we will adjourn the hearing, Mr. Olafor. Thank you, Mr. Olafor. Mr. Martin. Good morning, Your Honors, and may it please the court, my name is Jonathan Martin. I represent the defendants, appellees, New York Life Insurance Company and Robert Ziegler today. This case is about an employee who, number one, was counseled after getting into a verbal confrontation with coworkers in which she used a tone of voice that she admitted could have been perceived as threatening. Number two, she received a performance evaluation that she disagreed with but admitted had no material adverse effect on her employment. And number three, she was terminated after she had exhausted all of her available leave and vacation time and admittedly was unable to work in any capacity, let alone perform the essential functions of her position with or without reasonable accommodation. Mr. Martin, I think we're very familiar with the record and with the legal issues here. We've read the briefing very carefully on both sides. I don't believe we've got any questions. That's fine, Your Honor. Okay. Mr. Oler, if you wanted to say anything further, but I don't think we've got any questions of you either. And accordingly, we have no reply. All right. Well, thank you both. The matter just argued will be submitted essentially
judges: Rymer, Wardlaw, Selna